IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 AUG -8  A 10: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Marshall Taylor
Full name and prison number of
plaintiff(s)

v.

Chief Alford Wadsworth
Charlotte Reed

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:05cv745-A
(To be supplied by the Clerk of the
 U.S. District Court)

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
           Plaintiff(s)_____
           _____
           Defendant(s)_____
           _____

      2.   Court (if federal court, name the district; if state court, name the county)_____
           _____

3. Docket No. _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Chief Alfred Wadsworth | Prattville Police Dept. |
| 2. | Charolette Reed | Prattville Police Dept. |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 2 officers entered my home (Broke into my home) with drawn weapons while I was in restroom. They threaten me and accused me of things that I knew nothing about.

-2-

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

At my residence around 8:00 to 9:00 pm April 2005 2 officers Pratt police Dept

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want police to stop harrassing me and accussing me of things I knew nothing about.
I want Chief Alford Wadsworth to do something about this.

*Marshall Taylor*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 2005.
(date)

*Marshall Taylor*
Signature of plaintiff(s)

-3-