


# POLICE DEPARTMENT .... CITY OF PRATTVILLE

101 W. MAIN STREET         P. O. DRAWER 20
PRATTVILLE, ALABAMA 36067-0020
(205) 361-3632

ALFRED WADSWORTH
CHIEF

DAVID WHETSTONE, JR.
MAYOR

## STATEMENT FORM

DATE: July 2005  TIME: _____ AM/PM  CASE#: _____

STATEMENT OF: Marshall Taylor 229 Lewis St Prattville, Al 36067
(334) 365-9525

In April 2005 around 8:00 or 9:00 pm. Two Prattville Police Officers broke into my home. I was caught off guard in my restroom. They had guns drawn on my for no reason, they was accusing me of things That I knew nothing about. It made me very upset and nervous. I could not rest that night. It really shook me up a lot. I have complained about this to Prattville Police Dept and nothing has been done about this. I want them to leave me alone and let me live in peace. I dont bother anyone and I would like to live without being harrassed.

Thank you

Marshall Taylor
(SIGNATURE)

(OFFICERS SIGNATURE)

**TO PROTECT AND SERVE**

PAGE ____ OF ____ PAGES