IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv745-A |
| ) | |
| ALFORD WADSWORTH, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is hereby referred to Magistrate Judge Charles S. Coody for action or recommendation on all pretrial matters.

DONE this 15th day of August, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE