AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Marshal Taylor
V.

Chief Alford Wadsworth et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV745-A

TO: (Name and address of Defendant)

Charlotte Reed
Prattville Police Dept.
101 W. Main St.
Prattville, AL 36067

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marshall Taylor
229 Lewis St.
Pratt, AL 36067
Phone # 334-365-9525

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

V Carter
(By) DEPUTY CLERK

DATE 8/18/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Marshall Taylor

V.

Chief Alford Wadsworth, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv745-A

TO: (Name and address of Defendant)

Chief Alford Wadsworth
Prattville Police Dept.
101 W. Main St.
Prattville, AL 36067

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marshall Taylor (pro se)
229 Lewis St.
Pratt. AL 36067
Phone # 334-365-9525

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
**CLERK**

V. Carther
(By) DEPUTY CLERK

DATE 8/18/05