| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X D. Jezewski   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): D. Jezewski   C. Date of Delivery: 8-19-05 |
| 1. Article Addressed to:<br>Chief Alford<br>Pratt. Police Dept<br>81 W. Main St.<br>Pratt, AL 36067 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:05cv745A SVC<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7004 2510 0001 0150 2909 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540