**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Charlotte Reed
   Pratt Police Dept.
   101 W. Main St.
   Pratt, AL 36067

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  D. Sezewski           ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   D. Sezewski                    8-22-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:05 CV 745-A
   ST C

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from)  7004 2510 0001 0150 2923

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1