RECEIVED
2005 SEP -8  P 1: 43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, | ) |
| Plaintiff, | ) |
| v. | )  2:05-cv-00745-WHA-CSC |
| CHIEF ALFORD WADSWORTH and CHARLOTTE REED, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COME NOW the undersigned lawyers and give notice of their appearance as counsel of record for Defendants Alfred Wadsworth and Charlotte Reed in the above-styled cause. The clerk is requested to provide to the undersigned a copy of all orders, notices, and other correspondence from the Court related to this issue.

ALEX L. HOLTSFORD (ASB-9586-D62A)
S. MARK DUKES (ASB-9697-U77S)
Counsel for Defendants Alfred Wadsworth
and Charlotte Reed

OF COUNSEL:
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
334-215-8585 - Phone
334-215-7101 - Facsimile
mdukes@nixholtsford.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to

    Mr. Marshall Taylor
    229 Lewis Street
    Prattville, AL 36067

on this the 8th day of September, 2005.

                                                  OF COUNSEL