IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP -8 P 1:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| MARSHALL TAYLOR, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) 2:05-cv-00745-WHA-CSC |
| CHIEF ALFORD WADSWORTH and CHARLOTTE REED, | ) ) ) ) |
| Defendants. | ) |

## ANSWER

COME NOW Defendants Alfred Wadsworth and Charlotte Reed, by and through counsel, and for Answer to the Complaint state the following:

1. These Defendants deny all material allegations of the Complaint and demand strict proof thereof.

2. These Defendants plead that the Complaint fails to state a claim upon which relief can be granted.

3. These Defendants plead the lack of a constitutional claim in this case.

4. These Defendants plead qualified immunity as a bar to liability and recovery in this case.

5. These Defendants plead discretionary function immunity as a bar to liability and recovery in this case.

6. These Defendants plead immunity in this case pursuant to Alabama

Code § 6-5-338 as a bar to liability and recovery in this case.

7. These Defendants plead that the Plaintiff has failed to state a claim pursuant to 42 U.S.C. § 1983.

8. These Defendants plead that damages are limited by law and punitive damages are not allowed by law on the Plaintiff's claims.

9. These Defendants plead justification and good faith for all actions taken toward the Plaintiff herein.

10. These Defendants plead the general issue.

11. These Defendants reserve the right to amend their Answer to plead additional affirmative defenses for a reasonable time after the completion of discovery.

/s/ *signature*
ALEX L. HOLTSFORD (ASB-9586-D62A)
S. MARK DUKES (ASB-9697-U77S)
Counsel for Defendants Alfred Wadsworth
and Charlotte Reed

OF COUNSEL:
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
334-215-8585 - Phone
334-215-7101 - Facsimile
mdukes@nixholtsford.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to

Mr. Marshall Taylor
229 Lewis Street
Prattville, AL 36067

on this the 8th day of September 2005.

_____
OF COUNSEL