IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv745-A |
| | ) |
| CHIEF ALFORD WADSWORTH and | ) |
| CHARLOTTE REED, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the defendants' motion for judgment on the pleadings or motion to dismiss (doc. # 10). Upon consideration of the motions, and for good cause, it is

ORDERED that on or before **September 27, 2005**, the plaintiff shall show cause why the defendants' defendants' motion for judgment on the pleadings or motion to dismiss should not be granted.

The plaintiff is advised that if he fails to respond to the defendants' motion for judgment on the pleadings or motion to dismiss with specificity, the court will treat his failure to respond as an abandonment of the claims set forth in his complaint. The plaintiff is further cautioned that if he fails to file a response to the motion to dismiss in accordance with the directives of this order, the court will recommend that this case be dismissed.

Done this 12th day of September, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE