IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARSHALL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv745-A |
| | ) | |
| ALFORD WADSWORTH, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| MARSHALL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv800-T |
| | ) | |
| CHIEF ALFRED WADSWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The plaintiff filed these two lawsuits complaining about the same series of events.

*See* Compls., Docs. # 1.  The plaintiff also names Chief Alfred Wadsworth as a defendant

in both complaints.  He complains  that Chief Wadsworth has been sending officers and evil

spirits to his house for no reason.  The acts of sending the officers to his house form the basis

of the alleged violation of his rights in both lawsuits.  Consequently, it appears that judicial

economy may be best served by consolidating these actions.

Accordingly, it is

ORDERED that the plaintiff shall show cause on or before October 17, 2005, why these cases should not be consolidated.

The Clerk of the Court is DIRECTED to file a copy of this order in both cases.

Done this 30th day of September, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE