| State of Alabama Unified Judicial System | **APPEARANCE BOND** | Case Number |
|---|---|---|
| Form CR-11  Rev. 8/98 | | |

IN THE __Municipal__ COURT OF __Prattville__, ALABAMA
(Circuit, District or Municipal)    (Name of County or Municipality)

☐ STATE OF ALABAMA
☑ MUNICIPALITY OF   v.  __Marshall Taylor__,
                                                         Defendant

I, __Marshall Taylor__ (Defendant), as principal,

and I (we), __Maxie's Affordable Bail Bonds__
(please print)

_____, as surety(ies), agree to pay the ☐ State of Alabama ☑ the above-named municipality the sum of $ __500.00__ (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on __September 21, 2005__ (date) at __08:000__ .m. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by to answer to the charge of __Harassment__, or any other charge as authorized by law.

   If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

   As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

   Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant _Marshall Taylor_ (L.S.) | | | | |
|---|---|---|---|---|
| Address (print) 229 Lewis St | City Prattville | State AL | Zip 36067 | |
| Signature of Surety _Dust Kelley_ (L.S.) | | Signature of Surety (L.S.) | | |
| Social Security Number | Telephone Number | Social Security Number | Telephone Number | |
| Address (print) | City   State   Zip | Address (print) | City   State   Zip | |
| Signature of Surety (L.S.) | | Signature of Surety (L.S.) | | |
| Social Security Number | Telephone Number | Social Security Number | Telephone Number | |
| Address (print) | City   State   Zip | Address (print) | City   State   Zip | |

Date __08/24/2005__

Approved by: Judge/Magistrate/Any Law Enforcement Officer
By: __Cpl J. Smith__

**Defendant's Information**

| Date of Birth 11-13-1957 | Sex M | Height 5'11 | Weight 140 | Employer |
|---|---|---|---|---|
| Social Security Number 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 | Race B | Hair BLK | Eyes BRN | Employer's Address |
| Driver's License Number 3803358 | State AL | Telephone Number | | Employer's Telephone Number |

COURT RECORD: Original     DEFENDANT: Copy     SURETY: Copy

# PROBATION DEFENDANT ACCOUNTING CARD

NAME: Taylor (LAST NAME), Marshall (FIRST NAME), (MI)

COURT: PRATTVILLE MUNICIPAL COURT    CASE NUMBER: _____

BEGINNING BALANCE ▶ 8407.50

| # | Date Mo. | Date Day | Receipt Number | Cash | Money Order | Code | Defendant | Court | Amount Received | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | 14 | 5701 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8347.50 |
| 2 | 7 | 12 | 6045 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8307.50 |
| 3 | 8 | 12 | 6450 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8257.50 |
| 4 | 9 | 13 | 6729 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8207.50 |
| 5 | 10 | 11 | 7283 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8157.50 |
| 6 | 11 | 15 | 7763 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8107.50 |
| 7 | 12 | 13 | 8159 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8057.50 |
| 8 | 1 | 17 | 8649 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8007.50 |
| 9 | 2 | 14 | 9052 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7957.50 |
| 10 | 3 | 13 | 9460 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7907.50 |
| 11 | 4 | 11 | 9875 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7857.50 |
| 12 | 5 | 9 | 10251 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7807.50 |
| 13 | 6 | 13 | 10695 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7757.50 |
| 14 | 7 | 14 | 11063 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7707.50 |
| 15 | 8 | 8 | 11359 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7657.50 |
| 16 | 9 | 12 | 11730 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7607.50 |
| 17 | 10 | 20 | 12186 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7557.50 |
| 18 | 11 | 21 | 12509 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7507.50 |
| 19 | 12 | 19 | 12781 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7457.50 |

PAYMENT TO COURT
DATE:
CHECK NR:



## PROBATION DEFENDANT ACCOUNTING CARD

NAME: **Taylor** (LAST NAME)  **Marshall** (FIRST NAME)  (MI)

COURT: **PRATTVILLE MUNICIPAL COURT**   CASE NUMBER: on back →

BEGINNING BALANCE ▶ 7591.50

| # | DATE MO | DAY | RECEIPT NUMBER | CASH | MONEY ORDER | CODE | DEFENDANT | COURT | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 01 | 182335 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7541 50 |
| 2 | 10 | 20 | 2659 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7491 50 |
| 3 | 12 | 1 | 3097 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7441 50 |
| 4 | 1 | 5 | 2218 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7391 50 |
| 5 | 2 | 2 | 2573 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7341 50 |
| 6 | 3 | 2 | 1633 | | | | VOID | | | |
| 7 | 3 | 2 | | | | ✓ | # TR 01-345 | $312.50 | | 7654 00 |
| 8 | | | | | | ✓ | # TR 01-346 | $132.50 | | 7786 50 |
| 9 | | | | | | ✓ | # TR 01-347 | $362.50 | | 8149 00 |
| 10 | 3 | 2 | 1634 | 60 00 | | | Taylor, Marshall | AB | 60 00 | 8089 00 |
| 11 | 4 | 1 | 1918 | 60 00 | | | Taylor, Marshall | AB | 60 00 | 8049 00 |
| 12 | 4 | 27 | 962 | 60 00 | | | Taylor, Marshall | BB | 60 00 | 7989 00 |
| 13 | 6 | 1 | 1334 | 60 00 | | | Taylor, Marshall | BB | 60 00 | 7949 00 |
| 14 | 7 | 1 | 1655 | 60 00 | | | Taylor, Marshall | BB | 60 00 | 7899 00 |
| 15 | 8 | 22 | | | | ✓ | MC-01-431 | $646.00 | | 8545 00 |
| 16 | 9 | 12 | 2481 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8495 00 |
| 17 | 10 | 12 | 2818 | 60 00 | | | Taylor Marshall | BB | 60 00 | |
| 18 | 11 | 1 | 159 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8395 00 |
| 19 | 12 | 7 | 3432 | 60 00 | | | Taylor Marshall | BB | 60 00 | |
| 20 | 1 | 1 | | 60 00 | | | Taylor Marshall | BB | 60 00 | 8305 00 |
| 21 | 2 | 1 | 4062 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8245 00 |
| 22 | 3 | 1 | 4410 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8195 00 |
| 23 | 4 | 5 | 4822 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8145 00 |
| 24 | 5 | 10 | 5250 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8095 00 |
| 25 | 5 | 25 | | | | | TR02-1796.00 | $312.50 | | 8407.50 |

PAYMENT TO COURT
DATE:
CHECK NR:



# PROBATION DEFENDANT ACCOUNTING CARD

NAME: **Taylor** (LAST NAME)  **Marshall** (FIRST NAME)  (MI)

COURT: **PRATTVILLE MUNICIPAL COURT**  CASE NUMBER: on back →

BEGINNING BALANCE → 7591.50

| # | MO | DAY | RECEIPT NUMBER | CASH | MONEY ORDER | CODE | DEFENDANT | COURT | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 01 | 182335 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7541 50 |
| 2 | 10 | 20 | 2659 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7491 50 |
| 3 | 12 | 1 | 3097 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7441 50 |
| 4 | 1 | 5 | 2218 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7391 50 |
| 5 | 2 | 2 | 2573 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7341 50 |
| 6 | 3 | 2 | ~~1633~~ | | | | VOID | | | |
| 7 | 3 | 2 | | | | | # TR01-345 | $312.50 | | 7654 00 |
| 8 | | | | | | | # TR01-346 | $132.50 | | 7786 50 |
| 9 | | | | | | | # TR01-347 | $362.50 | | 8149 00 |
| 10 | 3 | 2 | 1634 | 60 00 | | | Taylor, Marshall | AB | 60 00 | 8099 00 |
| 11 | 4 | 1 | 1918 | 60 00 | | | Taylor, Marshall | AB | 60 00 | 8049 00 |
| 12 | 4 | 27 | 962 | 60 00 | | | Taylor, Marshall | M | 60 00 | 7999 00 |
| 13 | 6 | 1 | 1334 | 60 00 | | | Taylor, Marshall | BB | 60 00 | 7949 00 |
| 14 | 7 | 1 | 1655 | 60 00 | | | Taylor, Marshall | PP | 60 00 | 7899 00 |
| 15 | 8 | 22 | | | | | MC-01-431 | $646.00 | | 8545 00 |
| 16 | 9 | 12 | 2481 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8495 00 |
| 17 | 10 | 12 | 2818 | 60 00 | | | Taylor Marshall | PP | 60 00 | 8445 00 |
| 18 | 11 | 1 | 339 | 60 00 | | | Taylor Marshall | PP | 60 00 | 8395 00 |
| 19 | 12 | 7 | 3422 | 60 00 | | | Taylor Marshall | PP | 60 00 | 8345 00 |
| 20 | 1 | 1 | | 60 00 | | | Taylor Marshall | BB | 60 00 | 8295 00 |
| 21 | 2 | 1 | 4062 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8245 00 |
| 22 | 3 | 1 | 4410 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8195 00 |
| 23 | 4 | 5 | 4832 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8145 00 |
| 24 | 5 | 10 | 5250 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8095 00 |
| 25 | 5 | 25 | | | | | TR02-1796.00 | $312.50 | | 8407.50 |

PAYMENT TO COURT
DATE:
CHECK NR:



## PROBATION DEFENDANT ACCOUNTING CARD

NAME: **Taylor** (LAST NAME)   **Marshall** (FIRST NAME)   (MI)

COURT: **PRATTVILLE MUNICIPAL COURT**   CASE NUMBER _____

BEGINNING BALANCE → 8407.50

| # | DATE MO. | DAY | RECEIPT NUMBER | CASH | MONEY ORDER | CODE | DEFENDANT | COURT | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | 14 | 5701 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8357.50 |
| 2 | 7 | 12 | 6045 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8307.50 |
| 3 | 8 | 12 | 6450 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8257.50 |
| 4 | 9 | 13 | 6729 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8207.50 |
| 5 | 10 | 11 | 7283 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8157.50 |
| 6 | 11 | 15 | 7763 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8107.50 |
| 7 | 12 | 13 | 8159 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8057.50 |
| 8 | 1 | 17 | 8649 | 60 00 | | | Taylor Marshall | BB | 60 00 | 8007.50 |
| 9 | 2 | 14 | 9052 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7957.50 |
| 10 | 3 | 13 | 9460 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7907.50 |
| 11 | 4 | 11 | 9875 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7857.50 |
| 12 | 5 | 9 | 10251 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7807.50 |
| 13 | 6 | 13 | 10695 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7757.50 |
| 14 | 7 | 14 | 11063 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7707.50 |
| 15 | 8 | 8 | 11359 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7657.50 |
| 16 | 9 | 12 | 11730 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7607.50 |
| 17 | 10 | 20 | 12186 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7557.50 |
| 18 | 11 | 21 | 12509 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7507.50 |
| 19 | 12 | 19 | 12731 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7457.50 |
| 20 | 1 | 23 | 13102 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7407.50 |
| 21 | 3 | 1 | 13457 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7357.50 |
| 22 | 3 | 26 | 13757 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7307.50 |
| 23 | 4 | 23 | 14036 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7257.50 |
| 24 | 5 | 21 | 14311 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7207.50 |
| 25 | 6 | 18 | 14542 | 60 00 | | | Taylor Marshall | BB | 60 00 | 7157.50 |

PAYMENT TO COURT
DATE:
CHECK NR:



# PROBATION DEFENDANT ACCOUNTING CARD

NAME: Taylor Marshall
(LAST NAME) (FIRST NAME) (MI)

COURT: PRATTVILLE MUNICIPAL COURT    CASE NUMBER: _____

BEGINNING BALANCE ▶ 71575c

| # | MO | DAY | RECEIPT NUMBER | CASH | MONEY ORDER | CODE | DEFENDANT | COURT | AMOUNT RECEIVED | BALANCE DUE |
|---|----|-----|----------------|------|-------------|------|-----------|-------|-----------------|-------------|
| 1 | 7  | 21  | 14818 | 60 00 |  |  | Taylor Marshall | BB | 60 00 | 71075c |
| 2 | 8  | 20  | 15087 | 60 00 |  |  | Taylor Marshall | BB | 60 00 | 70575c |
| 3 | 9  | 24  | 15399 | 60 00 |  |  | Taylor Marshall | BB | 60 00 | 70075c |

PAYMENT TO COURT
DATE:
CHECK NR:



# PROBATION DEFENDANT ACCOUNTING CARD

**NAME** Taylor (LAST NAME) Marshall (FIRST NAME) ___ (MI)

**COURT** PRATTVILLE MUNICIPAL COURT     **CASE NUMBER** ___

**BEGINNING BALANCE** ▶ 7591

| # | DATE MO. | DATE DAY | RECEIPT NUMBER | CASH | MONEY ORDER | CODE | DEFENDANT | COURT | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 1 | 182335 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7541 |
| 2 | 10 | 20 | 2659 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7491 |
| 3 | 12 | 1 | 3097 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7441 |
| 4 | 1 | 5 | 2218 | 60 00 | | | Taylor, Marshall | MS | 60 00 | 7391 |
| 5 | 2 | 2 | 2573 | 60 00 | | | Taylor Marshall | AB | 60 00 | 7341 |
| 6 | 3 | 2 | 1033 | 60 00 | | | VOIDED B457 B467 847 | AB 807.50 | 60 00 | 8149 |
| 7 | 3 | 2 | 1034 | 60 00 | | | Taylor Marshall | AB | 60 00 | 8099 |
| 8 | 4 | 1 | 1918 | 60 00 | | | Taylor, Marshall | | 60 00 | 8049 |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | 1600 — voided | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | Same As first Sheet | | | |

PAYMENT TO COURT
DATE:
CHECK NR.



| MO. DAY DATE | RECEIPT NUMBER | CASH | MONEY ORDER | CODE | DEFENDANT | COURT | REC'D BY | FEES CHARGED | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 22 | 15665 | 60 00 | | | Taylor Marshall | | BB | | 60 00 | 695 50 |

THIS IS YOUR RECEIPT
AND/OR A STATEMENT OF YOUR ACCOUNT TO DATE



**COURT PROBATION OFFICER ACCOUNT**

RETAIN THIS RECEIPT
FOR YOUR RECORDS

15665

| MO. DAY DATE | RECEIPT NUMBER | CASH | MONEY ORDER | CODE | DEFENDANT | COURT | REC'D BY | FEES CHARGED | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 24 | 15399 | 60 00 | | | Taylor Marshall | | BB | | 60 00 | 700 50 |

THIS IS YOUR RECEIPT
AND/OR A STATEMENT OF YOUR ACCOUNT TO DATE



**COURT PROBATION OFFICER ACCOUNT**

RETAIN THIS RECEIPT
FOR YOUR RECORDS

15399