## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Marshall Taylor  vs. Chief Alford Wadsworth, et al

Case Number: 2:05cv745-A

Referenced Docket Entry - Response to Order to show cause =  Doc. No. 14

The referenced docket entry was filed electronically   in ERROR  on ***10/4/05***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have been filed as a Motion to Consolidate.  Please DISREGARD this docket entry. Please see document no. 15 for the correction.