IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARSHALL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-cv-745-A |
| | ) | (Lead Case) (WO) |
| | ) | |
| ALFORD WADSWORTH and | ) | |
| CHARLOTTE REED. | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| MARSHALL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-cv-800-T |
| | ) | |
| CHIEF ALFRED WADSWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Now pending before the court is the defendants' motion to consolidate (doc. # 12) in Civil Action No. 2:05cv745-A, the plaintiff's motion to consolidate (doc. # 15) in Civil Action No. 2:05cv745-A, and the defendant's motion to consolidate (doc. # 10) in Civil Action No. 2:05cv800-T. In both cases, the plaintiff accuses the defendants of directing Prattville City Police officers to enter his home in violation of the Fourth Amendment to the United States Constitution. In addition, the plaintiff accuses defendant Reed of failing to apply payment of his fines properly which resulted in him being illegally arrested and

detained. Both cases involve common questions of law and fact. Judicial economy will be better served by consolidating these cases. Finally, the plaintiff has filed his own motion to consolidate these cases demonstrating his agreement to consolidation. Accordingly, for the reasons as stated and for good cause, it is

ORDERED as follows:

1. That these cases be and are hereby CONSOLIDATED for all further proceedings.

2. That *Taylor v. Wadsworth*, Civil Action NO. 2:05cv745-A be and is hereby DESIGNATED as LEAD case.

3. That this matter be and is hereby SET for a scheduling and status conference SET on **November 16, 2005, at 3:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The plaintiff is specifically advised that if he fails to appear at the scheduling conference as directed by this order, the court will treat his failure to appear as an abandonment of the claims set forth in his complaints, and the court will recommend that his cases be dismissed.

4. That the Clerk of the Court is DIRECTED to place a copy of this order in each case file referenced herein.

Done this 4th day of November, 2005.

                                             /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE