IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARSHALL TAYLOR,                )
                                )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO. 2:05cv745-A1.
                                )
v.                              )
                                )
                                )
                                )
CHIEF ALFORD WADSWORTH and      )
CHARLOTTE REED                  )
                                )
    defendants.                 )
                                )



1. COMES NOW PLAINTIFF MARSHALL TAYLOR WISHES TO KEEP ALL OF HIS CASES THAT IS IN FEDERAL COURT IN FEDERAL COURT
1.PERTAINING TO ALFRED WADSWORTH 2.CHARLOTTE REED 3.RODNEY CARROLL 4.BILL PEARSON 5. CHARLOTTE REED 6. BOBBY CARTER
1.THE CASES THAT I HAVE I WOULD LIKE TO KNOW THE EXACT DATE AND TIME OF EACH CASE.STARTING WITH case number 2:05-cv-803-A case number 2:05cv875-Tcase number 2:05cv745-A case number 2:05cv799-T case number2:05cv802-F case number 2:05cv800-T

Jurisdiction


1.CHIEF ALFRED WADSWORTH OFFICERS BROKE INTO MY HOME IN THE MONTH OF JULY WITHOUT AN ARREST WARRANT. WITHOUT MY CONSENT WHILE I WAS AT HOME USING THE BATHROOM, USING SOME SORT KNIFE OR OBJECT TO PRIOR THE DOOR OPEN. WHEN I CAME OUT OF THE BATHROOM THERE WAS TWO OFFICERS STANDING IN MY HALLWAY WITH PISTOLS DRAWN POINTING IN MY DIRECTION.
2.PEARSON INDUSTRIES(BILL PEARSON) WHICH WAS MY EMPLOYER AT THAT TIME WAS TAKING OUT CHILD SUPPORT OF 25.00 WEEKLY OR EVERY QUARTER BUT HE WASN'T SENDING IT IN HE KEPT IT.MAKING ME FALL BEHIND ON MY PAYMENTS AND BUILDING BACK PAYMENTS ON ME.

3.INTERNATIONAL PAPER COMPANY OF PRATTVILLE,ALABAMA. WHICH I WAS WORKING FOR BOBBY CARTER CONSTRUCTION COMPANY AT THAT POINT IN TIME. INTERNATIONAL PAPER COMPANY PAID ALL EMPLOYEES A CERTAIN AMOUNT OF MONEY.BOBBY CARTER WAS EMPLOYED THERE AND HE DIDN'T GIVE MARSHALL TAYLOR HIS PAYMENT OF 10,000 DOLLARS.

10/26/2005    Marshall Taylor

4. RODNEY CARROLL OF CARROLL RADIATOR COMPANY ONE OF HIS EMPLOYEES BY THE NAME OF DAVE, I TOOK MY TRUCK UP TO CARROLL'S TO HAVE A HEATER CORE PUT IN HE DIDN'T PUT IT IN THERE AND I PAID HIM A PRICE OF 900.00 DOLLARS FOR SERVICES THAT HE DID NOT DO. WHEN I CAME TO PICK THE TRUCK UP THE SAME DAY. WE GOT IN THE TRUCK TOGETHER TO TEST DRIVE WHICH DAVE WAS THE DRIVER WHILE WE WAS RIDING MY TRUCK SOUNDED FUNNY AND IT WAS SKIPPING AND POPPING AND KNOCKING. I ASKED HIM WHY MY TRUCK WAS RUNNING LIKE THIS HIS RESPONSE WAS " HE DIDN'T GIVE A DAMN AND HE WASN'T GOING TO FIX ANYTHING.     5. CHARLOTTE REED OF PRATTVILLE MUNICIPAL COURT. AS I (MARSHALL TAYLOR) GO TO MAKE PAYMENTS TO BECKY THE PROBATION OFFICER SHE GIVE YOUR RECIEPT WITH THE PROPER DATE,TIME.AND MONTH.BUT THE AMOUNT OF MONEY THAT'S PAID NEVER GOES DOWN,CONSTANTLY INCREASING.TWICE I WAS ARRESTED FOR SOMETHING I DIDN'T DO IN THE MONTH OF SEPTEMBER WE WENT TO COURT, THEY TRIED ME TWICE FOR THE SAME CASE . WHICH WAS DISMISSED THE FIRST TIME, THEY HAD ME IN JAIL FOR TWO MONTHS UNDER A 1,000 CASH BOND. I WAS SUPPOSE TO BE GETTING MY 1,000 CASH BACK ONCE I WAS DONE WITH COURT,WICH I DID NOT GET BACK.                                              MARSHALL TAYLOR

# CERTIFICATE OF SERVICE

I cerify I save copy of The oBjection To The NIX HOLTSFORD GILLILAND HIGGINS & HITSON P.C. ATTORNEYS AND COUNSELORS AT LAW CHIEF UNITED STATES MAGISTRATE JUDGE

CIVIL ACTION NO. 205CV-745-A1

10/26/2005 Marshall Taylor

NIX HOLTSFORD
P.O. BOX 4128
MONTGOMERY, ALABAMA 36103-4128