ALABAMA JUDICIAL DATA CENTER

COURT PAYMENT SYSTEM

CITY OF PRATTVILLE                          NO: 022982

RECEIVED    *** RECEIPT ***               DATE: 05/20/2005
                                          TIME: 15:55:30

CASE: MC 2005 000428 00                    BATCH: 2005068
        2005 OCT 24  A 9: 41
RECEIVED FROM: TAYLOR MARSHALL              TYPE: CASH

  AMOUNT: ONE THOUSAND AND NO CENTS-------------------------------------$*****1000.00
  -----------------U.S. DISTRICT COURT-------------------------------------------
                   MIDDLE DISTRICT ALA
  FOR ACCOUNTS:  B001  BOND                          $1,000.00




RECEIVED BY: LEK

## CASH BOND GUIDELINES

DEFENDANT:    *Marshall Taylor* (NAME)

*229 Lewis St.* (ADDRESS)

*Prattville, Al 36067*

(TELEPHONE #)

CHARGE:    *Domestic Violence 3rd*

CASE NO.:    *MC05-428*

CRT DATE & TIME:    *July 13, 2005 at 10:00 Am*

THIS IS TO ADVISE YOU THAT THE CASH BOND YOU HAVE POSTED MAY BE HELD PER JUDGE'S ORDERS UNTIL ALL ORDERS OF THE COURT HAVE BEEN COMPLETED AND THAT THE FINE AND COST MAY BE ORDERED OUT OF THE CASH BOND. IF YOU DO NOT WISH FOR THE FINES AND COSTS TO BE TAKEN OUT OF THE CASH BOND OR DO NOT WISH THAT YOUR MONIES BE HELD FOR A PERIOD OF TIME, DO NOT POST THIS BOND! IN THE EVENT THE COURT DATE IS CONTINUED, SAID CASH BOND WILL BE HELD OVER FOR THE NEXT COURT DATE. IN THE EVENT THE CASH BOND IS ORDERED TO BE RETURNED IN FULL OR IN PART, IT WILL BE IN THE FORM OF A CHECK FROM THE CITY OF PRATTVILLE AND MAY TAKE A PERIOD OF FOUR TO SIX WEEKS BEFORE BEING ISSUED.

PLEASE BE AWARE THAT THE PERSON THAT POSTS THE CASH BOND WILL BE THE ONLY PERSON THAT THE CHECK WILL BE MADE PAYABLE TO AND WILL BE THE ONLY PERSON THAT THE MUNICIPAL COURT CAN RELEASE THE CHECK TO. PROPER IDENTIFICATION MUST BE PRESENTED AT THE TIME THE CHECK IS RELEASED FROM THE MUNICIPAL COURT OFFICE. IT IS ALSO THE RESPONSIBILITY OF THE PERSON POSTING THE CASH BOND TO PROVIDE THE COURT OFFICE WITH WRITTEN DOCUMENTATION IN THE EVENT OF AN ADDRESS OR TELEPHONE NUMBER CHANGE.

I HAVE READ AND FULLY UNDERSTAND THE CONSEQUENCES OF POSTING THIS CASH BOND AND IT IS STILL MY WISHES TO POST SAID BOND. I HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THIS DOCUMENT ON THIS ___*2*___ DAY OF ___*May*___, 20__*05*__.

NAME OF INDIVIDUAL POSTING BOND:    *Annie Taylor*

ADDRESS:    *310 Festival Dr*

*Prattville Al 36067*

*Sis*

HOME TELEPHONE NUMBER:

WORK TELEPHONE NUMBER:

RELEATIONSHIP TO DEFENDANT:

SIGNATURE OF INDIV. POSTING BOND:    *Annie Taylor*

SIGNATURE OF WITNESS:

State of Alabama
Unified Judicial System

Form CR-11      Rev. 8/98

# APPEARANCE BOND

Case Number

IN THE ___Municipal___ COURT OF ___Prattville___, ALABAMA
(Circuit, District or Municipal)          (Name of County or Municipality)

RECEIVED

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF   v.   ___Taylor Marshall___,

2005 OCT 24  A 9:41

DEBRA P. HAMB
U.S. DISTRICT COURT
MIDDLE                    **Defendant**

I, ___Marshall Taylor___ (Defendant), as principal,

and I (we), _____

(please print)

_____, as surety(ies), agree

to pay the ☐ State of Alabama ☐ the above-named municipality the sum of $ ___1,000.00___ (for municipal courts, this sum should
not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on
___July 13th___ (date) at ___10:00 A___.m. (time) (if date and time are unknown, the words "the scheduled" may be placed
in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is
discharged by to answer to the charge of ___DVTII___, or
any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each
session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair
market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting
property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of
Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our
rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a
separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant | | | | |
|---|---|---|---|---|
| Marshall Taylor | | | | (L.S.) |
| Address (print) 324 Lewis St | City Prattville | State AL | Zip 36067 | |
| Signature of Surety | | | Signature of Surety | |
| | | (L.S.) | | (L.S.) |
| Social Security Number | | Telephone Number | Social Security Number | Telephone Number |
| Address (print) | City | State   Zip | Address (print) | City   State   Zip |
| Signature of Surety | | (L.S.) | Signature of Surety | (L.S.) |
| Social Security Number | | Telephone Number | Social Security Number | Telephone Number |
| Address (print) | City | State   Zip | Address (print) | City   State   Zip |

Date ___5-26-05___

Approved by: Judge/Magistrate/Any Law Enforcement Officer

By: _____

## Defendant's Information

| Date of Birth | Sex | Height | Weight | Employer |
|---|---|---|---|---|
| 11-2-57 | M | 5 11 | 140 | |
| Social Security Number | Race | Hair | Eyes | Employer's Address |
| 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 | B | BLK | BRO | |
| Driver's License Number   State | Telephone Number | | | Employer's Telephone Number |
| N/A | 334-365-5825 | | | |

COURT RECORD: Original      DEFENDANT: Copy      SURETY: Copy

Case 2:05-cv-00745-WHA-CSC   Document 19-2   Filed 11/04/2005   Page 4 of 9

```
AR01        CRIMINAL FILING                        COUNTY: 88 PRATTVILLE   ACRAR01
ACTION:     CASE: MC 2005 000428 00 JID: GPW DEFSTS: J JAIL      ESTS: A CONF: N
NAME: TAYLOR MARSHALL                   ALIAS:
ADD1: 229 LEWIS STREET                  ALIAS:
ADD2:                                   SID: AL 000000000 YDATE: 00000000
ZCSC: 36067 0000 PRATTVILLE    AL US    AS:            PR: 0000 000000 00
DLNO: AL                          RACE: B   SEX: M    DOB: 11131957
 SSN: 988000277 PHONE: 000 000 0000 000 HGT: 5 11 WGT: 160 EYES: BRO  HAIR: BLK
 FILED: 04222005  AAGCY: M       MUNI#: 88      JDMD:   CITY:
 IDATE: 04222005 A OFDT: 03202005   ORI: 0040100 APPL:   OFFC:
INDICT: 00000000   GJ:        ATY1:              TKT#: 88
  BOND: 0000050000 TYP: B BNDCO:                 REL: 00000000
SURE:   000                   CWIT: W 001 LELA MAE SIMS
 TRACKING NOS: WR 2005 000277 00 /    0000 000000 00 /    0000 000000 00
DATE: 1 08242005  QUE: 001  TIME: 1000 A  DESC: BTRL BENCH TRIAL
CHG1: DV3H    DOM VIO 3RD-HARASSME 13A-006-132   M PE  CNTS: 001
CHG2:                                                  CNTS: 000
CHG3:                                                  CNTS: 000
MORE: N        DOMVIO: Y                      CASE TYPE/CAT: M / PE
COMMENT: $1000.00 CASH BOND SET.
CMP: N SPRO: Y DUE: 0000000000 SYFL: 04262005 SDSP: 00000000 UPD: 07132005  TEM
*** HERE IS THE REQUESTED RECORD ***
01=MNU 02=ACS 03=NDX 04=PTY 05=CLR 06=OCS 07=DKT 08=ENF 09=DSP 10=FEE 11=DLS
12=SNT 13=DUP 14=NXC 15=NXN 16=NXS 17=FRM 18=CHG 19=PRT 20=OFF 22=PFM 24=HLP
```

```
SJS560                    ALABAMA JUDICIAL INFORMATION SYSTEM                    PAGE:      1
OPER: TEM                      ORDERS OF THE COURT
```

THE STATE OF ALABAMA                    IN THE MUNICIPAL COURT OF
AUTAUGA COUNTY                          PRATTVILLE, ALABAMA

CITY OF PRATTVILLE      VS                    TAYLOR MARSHALL
                                             DEFENDANT

CASE NUMBER: MC 2005 000042.00           CRIMINAL TRESPA

| ACCOUNT TOTAL | TOTAL DUE $.00 | AMOUNT PAID $.00 | BALANCE $.00 |
|---|---|---|---|

ORDERS:

CASE SET FOR TRIAL MARCH 30, 2005 AT 10:00AM
CHIP CLEVELAND APPOINTED TELEPHONE NO. 365-1500
7/13/05 CASE UNDER ADVISEMENT. HOWEVER PER JUDGE ROBERTS DEF IS HEREBY
ORDERED IN OPEN COURT AND WARNED NOT TO GO TO BEELINE 82-14 UNDER ANY
CIRCUMSTANCES. NOT TO BOTHER HARRASS ALARM AND ANNOY ANY EMPLOYEES
MANAGERS OR PATRONS. FAILURE TO COMPLY WILL RESULT IN A WARRANT FOR DEF
ARREST

IN THE EVENT THE DEFENDANT FAILS TO COMPLY WITH THIS ORDER
OR GIVE SUFFICIENT CAUSE OR REASON FOR NONCOMPLIANCE BY THE
ABOVE MENTIONED DATE, THE COURT CLERK IS HEREBY DIRECTED TO
ISSUE A WARRANT FOR ARREST AND HAVE THE DEFENDANT
INCARCERATED OR JAILED ACCORDING TO THE LAW.

BRING THIS ORDER WITH YOU.  CHECKS WILL NOT BE ACCEPTED FOR
PAYMENTS.  WE WILL ACCEPT CASH, CASHIER'S CHECK OR MONEY
ORDER.  THIS COURT CANNOT ACCEPT PARTIAL PAYMENTS.

ORDER DATED: 07/13/2005

JUDGE/MAGISTRATE

MS CHARLOTTE GRIFFITH
101 WEST MAIN STREET

PRATTVILLE        AL 36067

```
SJS560                    ALABAMA JUDICIAL INFORMATION SYSTEM
OPER: TEM                         ORDERS OF THE COURT                       PAGE:     1
```

---

```
        THE STATE OF ALABAMA               IN THE MUNICIPAL COURT OF
        AUTAUGA COUNTY                     PRATTVILLE, ALABAMA

CITY OF PRATTVILLE      VS                 TAYLOR MARSHALL
                                           DEFENDANT

CASE NUMBER: MC 2005 000047.00             HARASSMENT
```

| ACCOUNT TOTAL | TOTAL DUE | AMOUNT PAID | BALANCE |
|---|---|---|---|
| | $.00 | $.00 | $.00 |

ORDERS:

CASE SET FOR TRIAL MARCH 30, 2005 AT 10:00AM
DEF APPOINTED CHIP CLEVELAND NO. 365-1500
PER JUDGE ROBERTS CASE IS HEREBY DISMISSED

IN THE EVENT THE DEFENDANT FAILS TO COMPLY WITH THIS ORDER
OR GIVE SUFFICIENT CAUSE OR REASON FOR NONCOMPLIANCE BY THE
ABOVE MENTIONED DATE, THE COURT CLERK IS HEREBY DIRECTED TO
ISSUE A WARRANT FOR ARREST AND HAVE THE DEFENDANT
INCARCERATED OR JAILED ACCORDING TO THE LAW.

BRING THIS ORDER WITH YOU.  CHECKS WILL NOT BE ACCEPTED FOR
PAYMENTS.  WE WILL ACCEPT CASH, CASHIER'S CHECK OR MONEY
ORDER.  THIS COURT CANNOT ACCEPT PARTIAL PAYMENTS.

ORDER DATED: 07/13/2005

                                          JUDGE/MAGISTRATE

                                          MS CHARLOTTE GRIFFITH
                                          101 WEST MAIN STREET

                                          PRATTVILLE      AL 36067

```
AR22             CRIMINAL FILING/SETTING/DISPOSITION    COUNTY: 88 PRATTVILLE    ACRAR22
ACTION:    CASE: MC 2005 000042 00 JID: WPR DEFSTS: B BOND        ESTS: A CONF: N
NAME: TAYLOR MARSHALL                        ALIAS:
ADD1: 229 LEWIS STREET                       ALIAS:
ADD2:                           SSN: 988000024 SID: AL 000000000 YD: 00000000
ZCSC: 36067 0000 PRATTVILLE     AL US   RACE: B    SEX: M    DOB: 01131957
DLNO: AL                             HGT: 5 11 WGT: 160 EYES: BRO  HAIR: BLK
IDATE: 01102005 A FILED: 01102005 OFF: 01092005 REL: 00000000
AGENCY: M ORI: 0040100 OFFICER:               TICKET#: 88
   BOND: 0000050000 TYP: C BONDCO:               SURE:    000
CWIT: W 000 LORETTA PAGE      Bee Line   # CONV: 00
CHG1: CTR3  CRIMINAL TRESPA 13A-007-004    V PR CNT: 001 TYPE/CAT: V /
DATE: 1 07132005 QUE: 000  TIME: 1000  A DESC: BTRL BENCH TRIAL
PROS:              FLG: N            ATTY1:          FLG: Y

CRTACT:                                     PHONE: 000 000 0000 000
CHG1:                      CADATE: 00000000 DOMVIO: N
WARISS: 00000000   WARACT: 00000000   WARLOC: 00000000    CNT: 001 CA:
TNS:      WR 2005 000024 00 /        0000 000000 00 /
APL: 00000000 SPR: N DUE: 0000000000 SFL: 01122005 SDS: 00000000 UPD: 05102005
CMP: N COMM:                                     0000 000000 00
*** HERE IS THE REQUESTED RECORD ***                         TEM
01=MNU 02=ACS 03=NDX 04=PTY 05=CLR 06=OCS 07=DKT 08=ENF 09=DSP 10=FEE 11=DLS
12=SNT 13=DUP 14=NXC 15=NXN 16=NXS 17=FRM 18=CHG 19=PRT 20=OFF 22=PFM 24=HLP
```

Case 2:05-cv-00745-WHA-CSC    Document 19-2    Filed 11/04/2005    Page 8 of 9

```
AR22        CRIMINAL FILING/SETTING/DISPOSITION  COUNTY: 88 PRATTVILLE    ACRAR22
ACTION:    CASE: MC 2005 000047 00 JID: WPR DEFSTS: B BOND         ESTS: A CONF: N
NAME: TAYLOR MARSHALL                   ALIAS:
ADD1: 229 LEWIS STREET                  ALIAS:
ADD2:                          SSN: 988000028 SID: AL 000000000 YD: 00000000
ZCSC: 36067 0000 PRATTVILLE    AL US   RACE: B    SEX: M    DOB: 11131957
DLNO: AL                               HGT: 5 11 WGT: 160 EYES: BRO  HAIR: BLK
IDATE: 01132005 A FILED: 01122005 OFF: 01102005 REL: 00000000
AGENCY: M ORI: 0040100 OFFICER:             TICKET#: 88
   BOND: 0000050000 TYP: B BONDCO:                   SURE:    000
CWIT: W 001 LORENA ALLEN    Beeline    # CONV: 00
CHG1: HARA   HARASSMENT          13A-011-008(A)   M PE CNT: 001 TYPE/CAT: M /
DATE: 1 07132005  QUE: 000   TIME: 1000 A  DESC: BTRL BENCH TRIAL
PROS:             FLG: N              ATTY1:          FLG: Y
                                          PHONE: 000 000 0000 000
CRTACT:                        CADATE: 00000000 DOMVIO: N
CHG1:                                      CNT: 001 CA:
WARISS: 00000000   WARACT: 00000000   WARLOC: 00000000
TNS:      WR 2005 000028 00 /     0000 000000 00 /      0000 000000 00
APL: 00000000 SPR: N DUE: 0000000000 SFL: 01202005 SDS: 00000000 UPD: 05102005
CMP: N COMM:
*** HERE IS THE REQUESTED RECORD ***                                    TEM
01=MNU 02=ACS 03=NDX 04=PTY 05=CLR 06=OCS 07=DKT 08=ENF 09=DSP 10=FEE 11=DLS
12=SNT 13=DUP 14=NXC 15=NXN 16=NXS 17=FRM 18=CHG 19=PRT 20=OFF 22=PFM 24=HLP
```

```
AR01      CRIMINAL FILING                        COUNTY: 88 PRATTVILLE      ACRAR01
ACTION:   CASE: MC 2005 000428 00 JID: GPW DEFSTS: J JAIL      ESTS: A CONF: N
NAME: TAYLOR MARSHALL                     ALIAS:
ADD1: 229 LEWIS STREET                    ALIAS:
ADD2:                                      SID: AL 000000000 YDATE: 00000000
ZCSC: 36067 0000 PRATTVILLE    AL US   AS:           PR: 0000 000000 00
DLNO: AL                              RACE: B    SEX: M    DOB: 11131957
 SSN: 988000277 PHONE: 000 000 0000 000 HGT: 5 11 WGT: 160 EYES: BRO  HAIR: BLK
 FILED: 04222005  AAGCY: M       MUNI#: 88      JDMD:     CITY:
 IDATE: 04222005 A OFDT: 03202005    ORI: 0040100 APPL:     OFFC:
INDICT: 00000000    GJ:         ATY1:                 TKT#: 88
  BOND: 0000050000 TYP: B BNDCO:                       REL: 00000000
SURE:   000                         CWIT: W 001 LELA MAE SIMS
  TRACKING NOS: WR 2005 000277 00 /   0000 000000 00 /    0000 000000 00
DATE: 1 07132005  QUE: 000  TIME: 1000 A  DESC: BTRL BENCH TRIAL
CHG1: DV3H   DOM VIO 3RD-HARASSME 13A-006-132          M PE  CNTS: 001
CHG2:                                                        CNTS: 000
CHG3:                                                        CNTS: 000
MORE: N         DOMVIO: Y                     CASE TYPE/CAT: M / PE
COMMENT: $1000.00 CASH BOND SET.
CMP: N SPRO: N DUE: 0000000000 SYFL: 04262005 SDSP: 00000000 UPD: 05182005  CHG
*** HERE IS THE REQUESTED RECORD ***
01=MNU 02=ACS 03=NDX 04=PTY 05=CLR 06=OCS 07=DKT 08=ENF 09=DSP 10=FEE 11=DLS
12=SNT 13=DUP 14=NXC 15=NXN 16=NXS 17=FRM 18=CHG 19=PRT 20=OFF 22=PFM 24=HLP
```

Marshall I got these from
Charlotte At the Court House
they picked up the Bee Line
stuff with Brg Red stuff
your court Day July 13, 05