# MINUTES

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION**

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 11/16/05 | AT | 3:15 p.m. to 3:23 p.m. |
| DATE COMPLETED: 11/16/05 | AT | FTR RECORDING |

MARSHALL TAYLOR

    Plaintiff

vs..

ALFORD WADSWORTH  et al

    Defendant

CASE NO. 2:05CV745-CSC
    Consolidated w/2:05cv800-T-CSC

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Marshall Taylor, Pro Se | | Atty. S. Mark Dukes |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON           LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:    ***HEARING RE: CONSOLIDATION OF CASE w/0CV800-T***

# SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Oral Argument - Motion to Consolidate 05cv745-A w/ 05cv800-T | | |
|---|---|---|---|
| Date | 11/16/2005 | Location | Courtroom 4B |

| Time | Speaker | Note | |
|---|---|---|---|
| 3:15:33 PM | Court | Court convenes; parties present as noted; Plaintiff is hear as pro se; Discussion as to previous lawsuites filed by plaintiff that have been dismissed; Plaintfiff advised of rights to appeal rulings; Discussion of this case being consolidated with 05cv800 and that case is going to proceed on 4th amendment claim;  Discussion as to how to proceed in case.  Discussion of discovery process; Parties are given 90 days to conduct discovery; 30 days after that will set deadline for filing dispositive motions; Court advised plaintiff that it can't give legal advice; Clerk's office can't give legal advised; Plaintiff is encouraged to get a lawyer; | |
| 3:21:18 PM | Taylor | Addresses the court regarding other cases that were dismissed; would like to pick those up; | |
| 3:21:30 PM | Court | Advised to check with clerks office; Informed that if refiled the same thing will happen to them; advised that he can appeal ; Cases were dismissed because this court did not have jurisdiction; Matters should be filed in state court; | |
| 3:23:19 PM | Atty. Dukes | Question regarding discovery cutoff; | |
| 3:23:43 PM | Court | 120 days for discovery and 30 days after that for dispositive motions; | |
| 3:23:52 PM | Court | Court is recessed. | |