IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARSHALL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-cv-745-A |
| | ) | (Lead Case) (WO) |
| | ) | |
| ALFORD WADSWORTH and | ) | |
| CHARLOTTE REED. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |
| MARSHALL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-cv-800-T |
| | ) | |
| CHIEF ALFRED WADSWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On November 4, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation be and is hereby ADOPTED;

2. That defendant Wadsworth's motion for judgment on the pleadings, or in the alternative, motion to dismiss be and is hereby DENIED;

      3.      That defendant Reed's motion for judgment on the pleadings, or in the alternative, motion to dismiss be and is hereby GRANTED;

      4.      That defendant Reed be and is hereby DISMISSED as a defendant in this action; and

      4.      That the plaintiff's Fourth Amendment claims against defendant Wadsworth be and are hereby REFERRED back to the Magistrate Judge for further proceedings.

Done this the 7th day of December 2005.

/s/ W. Harold Albritton  
W. HAROLD ALBRITTON  
SENIOR UNITED STATES DISTRICT JUDGE