IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 30 P 3: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MARSHALL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-cv-00745-A |
| ) | |
| CHIEF ALFORD WADSWORTH ) | |
| and CHARLOTTE REED, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| MARSHALL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-cv-800-T |
| ) | |
| CHIEF ALFORD WADSWORTH ) | |
| ) | |
| Defendant. ) | |

## INITIAL DISCLOSURES

COMES NOW Defendant Chief Alfred Wadsworth, by and through counsel, pursuant to Rule 26 of the *Federal Rules of Civil Procedure* and makes the following initial disclosures:

1.  The following named individuals are believed to have discoverable information material and relevant to the claims and defenses in these cases:

Page 1 of 3

    a.    Chief A.W. Wadsworth; Prattville Police Department; 101 West Main Street, Prattville, Alabama; 361-3671.

    b.    Lieutenant R.W. Barlow; Prattville Police Department; 101 West Main Street, Prattville, Alabama; 361-3671.

    c.    Officer B.E. Gentry; Prattville Police Department; 101 West Main Street, Prattville, Alabama; 361-3671.

    d.    Officer G. Banks; Prattville Police Department; 101 West Main Street, Prattville, Alabama; 361-3671.

    e.    Charlotte Reed; Prattville Municipal Court; 101 West Main Street, Prattville, Alabama; 361-3619.

2.    The following documents are provided herewith pursuant to Rule 26(a)(1)(B):

    a.    Report from Officer B.E. Gentry to Chief A.W. Wadsworth.

    b.    Report to Sergeant Holly from Officer B.E. Gentry.

    c.    Report from Lt. R. W. Barlow to Chief A.W. Wadsworth.

    d.    Radio Log Summary, Prattville Police Department, March 14, 2005.

    e.    Diagram of Lewis Street and Jensen Road area.

    f.    Prattville Police Department, Deputy Report, March 14, 2005.

    g.    911 Transcript, April 4, 2005.

In addition to the above documents, this Defendant has in its possession numerous Criminal Sex Offender Information Forms, Alabama Uniform

Incident/Offense Reports, Arrest Reports, and Municipal Court Records concerning Plaintiff Marshall Taylor. At this stage of discovery, no decision has been made on the use of these documents. Copies of these documents will be made available to the Plaintiff upon request.

*[signature]*
ALEX L. HOLTSFORD (ASB-9586-D62A)
S. MARK DUKES (ASB-9697-U77S)
Counsel for Defendant Alfred Wadsworth

OF COUNSEL:
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
334-215-8585 - Phone
334-215-7101 - Facsimile
mdukes@nixholtsford.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to

Mr. Marshall Taylor
229 Lewis Street
Prattville, AL 36067

on this the 30th day of December 2005.

*[signature]*
OF COUNSEL