TO:        Chief A.W. Wadsworth
FROM:    Officer B. E. Gentry
REF:       Incident # 050404056


Sir,

      On April 4, 2005 @ approximately 1915 hrs., I, Officer Gentry was dispatched to 229 Lewis Street in reference to a citizens assist. Upon my arrival I was met with the complainant Marshall Taylor outside his residence. Mr. Taylor was seated on the concrete blocks that make a stairway up to his door. Mr. Taylor then advised me that he was being continuously harassed by Charlotte Reid. I then inquired Mr. Taylor to inform as to how Ms. Reid was harassing him. Mr. Taylor then advised me that upon returning home on this date that he opened the door to his residence and heard a noise coming from his bedroom. Mr. Taylor advised upon approaching the door way he observed a demonic spirit standing on his bed, urinating and shitting on his sheets. He advised me that the demonic spirit resemble Ms. Charlotte Reid and that he knew Ms. Reid was a witch lord and had been casting demonic spirits over him. Mr. Taylor then stated that he trust me, Officer Gentry, to speak to Ms. Reid and have her stop casting this spells over his life or else he would go see Chief Wadsworth in an attempt to have her removed from office or even have her put in jail. I then advised Mr. Taylor I would personally speak to Ms. Reid and advise her of our conversation. Upon completing the call and notified Sgt. Nance and advised him that I would speak to Ms. Reid in order to keep my word to Mr. Taylor. The next time I saw Ms. Reid I discussed what had occurred at Mr. Taylor's residence at which point Ms. Reid advised me that on several recent occasion Mr. Taylor would come to the Court Dept. for no apparent reason and Ms. Reid seemed concerned about Mr. Taylor's mental stability.


Respectfully,

*[signature]*

Officer B. E. Gentry # 082

TO:      Sgt. Holley
FROM:    Officer B. E. Gentry
REF:     050404056

AUG 2 6 2005

On April 4, 2005 @ approximately 1909 hrs. I, Officer Gentry responded to 229 Lewis Street in reference to a citizen assist. Upon arrival I met with B/M Marshall Taylor. Mr. Taylor advised me that on 04/04/05 when he returned home he observed a demon inside his residence. Mr. Taylor advised me that the demon resembled Charlotte Griffith. Mr. Taylor advised me that the demon had urinated and defecated on his bed. When the demon observed Mr. Taylor it fled the residence through the back door. Mr. Taylor advised me that he knew Ms. Griffith was a witch lord and she has been casting demonic spells over him for years. He requested that I tell Ms. Griffith to stop casting these spells over him or else he would have to go see Chief Wadsworth over the matter or make steps to file reports against Ms. Griffith. I then advised Mr. Taylor I would speak to Ms. Griffith in regards to this incident.

TO:    Chief A.W. Wadsworth

FR:    Lt. R.W. Barlow

RF:    Shots fired call on Lewis Street

DT:    11-17-05

       On 03/14/05, I responded to a report of shots fired on Lewis Street along with Officers Banks and Gentry. Once on the scene, I was advised the shots had come from inside the residence at 229 Lewis Street. Officer Greg Banks arrived shortly after I did. Off. Banks and I deployed to different corners of the residence so we could listen for any unusual sounds inside the residence before making contact. While on the back side, I heard sounds from inside the residence that led me to believe there was someone inside. After several minutes, both officers proceeded to the front door of the residence and I knocked for several minutes with no response. Both officers then proceeded to the back door which we were unable to knock on due to a locked screen porch. Officer Gentry called me on the radio and advised me that Marshal Taylor usually resided at that residence. I went to the end of the residence where the kitchen window was located and stood on the tongue of the trailer so I could see inside. While looking in the window, I called several times for Mr. Taylor, asking him if he was O.K. and identifying myself as a police officer. After several minutes with no response from inside the residence, myself and Off. Banks went back to the front door. The handle was locked when I tried to turn it but the door was not latched securely. When I pulled on the door, it came open. I stepped halfway into the door with my weapon drawn at the low ready due to the nature of the call and called for anyone inside to identify themselves; identifying myself as a police officer. A black male subject who Off. Banks recognized as Mr. Taylor came walking down the hall asking who was in his house. I advised Mr. Taylor that we had received a report of shots being fired inside his residence and that we wanted to ensure everything was O.K. Mr. Taylor advised he was fine and that there was no one else inside his residence. I also advised Mr. Taylor that the door handle was locked but was not shut all the way and opened when I pulled on it. After determining that everything was O.K. at the residence, both officers returned to service. It should be noted that I never stepped completely inside the residence and Off. Banks was on the steps behind me but never entered the residence.

_____

Lt. R.W. Barlow

```
11/17/05                    PRATTVILLE POLICE DEPARTMENT                           227
14:44              Radio Log Summary Report, by Day and Time          Page:          1

Time      Date     Unit   Zone    Call ID   Code   Description
--------  -------- ------ ------  --------- -----  ------------------------------------
20:11:05  03/14/05  213   PD4       273961  ENRT   incid#=050314040 Enroute to a
                                                   call call=521
20:11:05  03/14/05  215   PD4       273961  ENRT   incid#=050314040 Enroute to a
                                                   call call=521
20:11:44  03/14/05  215   PD4       273961  CMPLT  incid#=050314040 X25 call=521
20:11:48  03/14/05  203   PD4 (10-84) 273961 ENRT  incid#=050314040 Enroute to a
                                                   call call=521
20:14:00  03/14/05  203   PD4 (10-51) 273961 ARRVD incid#=050314040 X81 call=521
20:14:26  03/14/05  213   PD4       273961  ARRVD  incid#=050314040 X81 call=521
20:14:53  03/14/05  203   PD4       273961  ARRVD  incid#=050314040 229 LEWIS ST
                                                   call=521
20:26:16  03/14/05  203   PD4 (10-8) 273961  CMPLT incid#=050314040 X4 PER HOMEOWNER
                                                   disp:CLO call=521
20:26:16  03/14/05  213   PD4       273961  CMPLT  incid#=050314040 X4 PER HOMEOWNER
                                                   call=521
-----------------------------------------------------------------------------------
Report Includes:
All dates between `20:00:00 03/14/05` and `21:00:00 03/14/05`
All dispatchers
All call numbers matching `    273961`
All agencies
All zones
All units
All ten codes


-----------------------------------------------------------------------------------
             *** End of Report /tmp/reportTmp_debby_741590/rptQHunya-rprlrl
```



```
11/17/05                PRATTVILLE POLICE DEPARTMENT                        245
14:31                          Deputy Report                        Page:     1

Incident Number:  050314040
Nature:  Shots Fired                Case Numbers:

  Addr:  LEWIS ST                         Area:  PD4    PRATTVILLE POLICE DEPT
  City:  PRATTVILLE     St: AL  Zip: 36067    Contact:  REFUSED

Complainant:                Alert Codes:

  Lst:                              Fst:               Mid:
  DOB: **/**/**  SSN:               Adr:
  Rac:   Sx:   Tel:                 Cty:               St:     Zip:


Reported:
Observed:
 Offense
   Codes:

Circumstances:

Responding Officers:   BANKS GREG        213
                       GENTRY BRIAN      215                273961
                       BARLOW WAYNE      203
Rspnsbl Officer:  BANKS GREG         Agency:  PPD
    Received By:  DUREN DAVID        Last RadLog: 20:26:16 03/14/05    CMPLT
   How Received:  9    911 Line        Clearance:

  When Reported:  20:09:26 03/14/05    Disposition: CLO  Disp Date: 03/14/05

Occurrd between:  20:09:12 03/14/05    Judicial Sts:
            and:  20:09:26 03/14/05     Misc Entry:

Modus Operandi:
        Factor       Description                    Method

INVOLVEMENTS:
Date       Description                              Relationship
---------  ---------------------------------------  -------------------------
```

# 911 CALL BETWEEN MARSHALL TAYLOR AND DISPATCHER
## 4/4/05

Dispatcher: Autauga 911 state your location

Taylor: Ma'am

Dispatcher: yes

Taylor: my name is Marshall Taylor

Dispatcher: mm uh

Taylor: there's a problem that I'm having with Charlotte Reid up there, where she live at please can you get somebody to tell her stop sending them evil spirits down my house like that, can you please do that please ma'am?

Dispatcher: okay um I tell you what I can send an officer out there to you and you can tell them what she's doing to you

Taylor: alright that'll work

Dispatcher: you're at 229 Lewis Street?

Taylor: yeah

Dispatcher: is she like harassing you or threatening you?

Taylor: she's with them ole dog gone evil spirits sending em down here at my house

Dispatcher: okay, okay Mr. Taylor I'll get an officer out there to you

Taylor: thank you

Dispatcher: bye, bye.