IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv745-WHA |
| ) | (Lead Case) |
| ) | |
| ALFORD WADSWORTH and ) | |
| CHARLOTTE REED. ) | |
| ) | |
| Defendants. ) | |
| _____ | |
| MARSHALL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv800-MHT |
| ) | |
| CHIEF ALFRED WADSWORTH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is defendant Wadsworth's motion to compel production (doc. # 26) filed on January 20, 2006. Upon consideration of the motion, and for good cause, it is

ORDERED that on or before February 8, 2006, the plaintiff shall show cause why the motion should not be granted.

Done this 25th day of January, 2006.

                                                                      /s/Charles S. Coody
                                                                     CHARLES S. COODY
                                                                     CHIEF UNITED STATES MAGISTRATE JUDGE