IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-cv-745-A |
| ) | (Lead Case) (WO) |
| ) | |
| ALFORD WADSWORTH and ) | |
| CHARLOTTE REED. ) | |
| ) | |
| Defendants. ) | |

_____

| | |
|---|---|
| MARSHALL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-cv-800-T |
| ) | |
| CHIEF ALFRED WADSWORTH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the January 20, 2006, motion to compel production (doc. # 26) filed by the defendants. The plaintiff has failed to respond to the court's order directing him to show cause why the motion should not be granted. Accordingly, pon consideration of the motion, and for good cause, it is

ORDERED that the motion to compel production (doc. # 26) be and is hereby GRANTED.

Done this 13th day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE