# NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

H.E. NIX, JR.
ALEX L. HOLTSFORD, JR.
FLOYD R. GILLILAND, JR., Ph.D.
S. ANTHONY HIGGINS
KENNETH A. HITSON, JR.
RICK A. HOWARD
DAVID P. STEVENS
JAY S. TULEY
S. MARK DUKES

JEFFREY G. HUNTER
MURRY S. WHITT
CHARLES W. RUTTER, JR.
MICHAEL ANTHONY SHAW*
APRIL M. WILLIS
JASON D. DARNEILLE
JOHN W. BELL
SUSAN D. SANICH*

**POST OFFICE BOX 4128**
**MONTGOMERY, ALABAMA 36103**

Telephone: 334-215-8585
Facsimile: 334-215-7101

E-mail: info@nixholtsford.com
Website: www.nixholtsford.com

Sender's E-mail:
mdukes@nixholtsford.com

**MONTGOMERY OFFICE**
4001 Carmichael Road, Suite 300
Montgomery, Alabama 36106

**SOUTH ALABAMA OFFICE**
29000 U.S. Highway 98, Suite A-302
Daphne, Alabama 36526
Telephone: 251-447-0234
Facsimile: 251-447-0212

Of Counsel:
MONICA E. JAYROE

* Also Admitted in Mississippi

December 29, 2005

Mr. Marshall Taylor
229 Lewis Street
Prattville, AL 36067

Re:    *Taylor v. Wadsworth*, 2:05-cv-745-A
       *Taylor v. Wadsworth*, 2:05-cv-800-T
       In the United States District Court for the Middle District of Alabama,
       Northern Division

Dear Mr. Taylor:

On November 21, 2005, I mailed to you Interrogatories and Requests for Production of Documents pursuant to Rules 26, 33, and 34 of the *Federal Rules of Civil Procedure*. Consequently, your Responses to said Interrogatories and Requests for Production came due on or about December 21, 2005. I have not received your Responses which are now one week overdue.

Please provide me with your Responses to my Interrogatories and Requests for Production of Documents within ten (10) days of the date of this letter, or kindly provide me with a reasonable date certain on which I can expect to receive them.

I hope to hear from you soon.

Respectfully yours,

S. MARK DUKES

SMD:svm

**DEFENDANT'S
EXHIBIT
A**

# NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

H.E. NIX, JR.
ALEX L. HOLTSFORD, JR.
FLOYD R. GILLILAND, JR., Ph.D.
S. ANTHONY HIGGINS
KENNETH A. HITSON, JR.
RICK A. HOWARD
DAVID P. STEVENS
JAY S. TULEY
S. MARK DUKES

JEFFREY G. HUNTER
MURRY S. WHITT
MICHAEL ANTHONY SHAW *†
APRIL M. WILLIS
JASON D. DARNEILLE
JOHN W. BELL †
SUSAN D. SANICH *

**POST OFFICE BOX 4128**
**MONTGOMERY, ALABAMA 36103**

Telephone: 334-215-8585
Facsimile: 334-215-7101

E-mail: info@nixholtsford.com
Website: www.nixholtsford.com

Sender's E-mail:
mdukes@nixholtsford.com

**MONTGOMERY OFFICE**
4001 Carmichael Road, Suite 300
Montgomery, Alabama 36106

**GULF COAST OFFICE**
29000 U.S. Highway 98, Suite A-302
Daphne, Alabama 36526
Telephone: 251-447-0234
Facsimile: 251-447-0212

Of Counsel:
MONICA E. JAYROE

* Also admitted in Mississippi
† Also admitted in Florida

February 14, 2006

Mr. Marshall Taylor
229 Lewis Street
Prattville, AL 36067

Re:    *Taylor v. Wadsworth*, 2:05-cv-745-A
       *Taylor v. Wadsworth*, 2:05-cv-800-T
       In the United States District Court for the Middle District of Alabama,
       Northern Division

Dear Mr. Taylor:

Enclosed please find a copy of Judge Coody's Order granting my motion to compel your production of your long overdue Responses to my Interrogatories and Requests for Production of Documents without further delay. Pursuant to Judge Coody's Order, I am hereby requesting that you immediately provide full and complete responses to each of my Interrogatories and Requests for Production of Documents. If I do not receive your Responses within seven (7) days of the date of this letter, I will ask the Court to impose sanctions upon you, to include ordering you to pay my fees and costs to obtain your production and to dismiss part or all of your claims against my client.

I hope to receive your discovery responses without further delay or intervention of the Court.

Respectfully yours,

S. MARK DUKES

SMD:svm

Enclosure

