IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ALFORD WADSWORTH and )<br>CHARLOTTE REED. )<br>)<br>Defendants. )<br>_____ | CIVIL ACTION NO. 2:05cv745-WHA<br>(Lead Case) (WO) |
| MARSHALL TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHIEF ALFRED WADSWORTH, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:05cv800-MHT |

**ORDER**

The plaintiff filed these two lawsuits naming the same different defendant and complaining about the same series of events. *See* Compls., Docs. # 1. On September 23, 2002, the defendants noticed the plaintiff's deposition for October 8, 2002. On November 21, 2005, the defendants served on the plaintiff requests for production of documents (doc. # 22) and interrogatories (doc. # 23). The plaintiff did not respond to the discovery requests. On January 20, 2006, the defendants filed a motion to compel. *See* Doc. # 26. On January 25, 2006, the court entered an order directing the plaintiff to show

cause why the motion to compel should not be granted. *See* Doc. # 27. The plaintiff filed no response to the court's order and the court granted the defendants' motion to compel. *See* Doc. # 28.

Now pending before the court is the defendants' motion to dismiss (doc. # 29) filed on March 23, 2006, in which the defendants assert that the plaintiff has failed to provide any responses to the defendants' discovery responses, failed to communicate with defense counsel and has failed to prosecute his case. Accordingly, and for good cause, it is

ORDERED that on or before **April 10, 2006**, the plaintiff shall show cause why the motion to dismiss should not be granted. The plaintiff is advised that if he fails to respond to the defendants' motion to dismiss, the court will treat his failure to respond as an abandonment of the claims set forth in his complaint. The plaintiff is further cautioned that if he fails to file a response to the motion to dismiss in compliance with the directives of this order, the court will recommend that this case be dismissed for such failure.

The Clerk of the Court is DIRECTED to send this order by certified mail to the plaintiff at 229 Lewis Street, Prattville, Alabama 36067.

Done this 27th day of March, 2006.

                                                  /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE