IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARSHALL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-cv-745-A |
| | ) | (Lead Case) (WO) |
| | ) | |
| ALFORD WADSWORTH and | ) | |
| CHARLOTTE REED. | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| MARSHALL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-cv-800-T |
| | ) | |
| CHIEF ALFRED WADSWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On April 16, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation be and is hereby ADOPTED;

2. That the defendant's motion to dismiss (doc. # 29) be and is hereby GRANTED;

3.  That this case be and is hereby DISMISSED.

Done this the 16th day of May 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE